# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, 　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　v. 　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>ALL PROPERTY IN/UNDERLYING )<br>E-GOLD ACCOUNT NUMBER: 　　)<br>　　　　　　　　　　　　　　　　　)<br>808080, 808081 AND 808082, 　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　Defendant. 　　　　　　　　)<br>　　　　　　　　　　　　　　　　　) | Civil Action No. 07-01336 (RMC) |

## ORDER TO SHOW CAUSE

Plaintiff United States of America filed a Verified Complaint for Forfeiture *In Rem* in this matter on July 24, 2007. The record reflects that the *in rem* Defendant was served with a summons and copy of the complaint on October 11, 2007. There has been no activity in this matter since.

Accordingly, it is hereby

**ORDERED** that, on or before November 3, 2008, Plaintiff shall **SHOW CAUSE** why the Court should not dismiss this action pursuant to Local Rule 83.23 for failure to prosecute.

**SO ORDERED**.

Date: October 3, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　ROSEMARY M. COLLYER
　　　　　　　　　　　　　　　　　　　United States District Judge